**STATE of Missouri, Respondent,**

v.

**Andrew Mark WATSON, Appellant.**

**No. WD 58849.**

Missouri Court of Appeals,
Western District.

Sept. 18, 2001.

Bruce W. Simon, Kansas City, MO, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Linda Lemke and Susan Brown, Assistant Attorneys General, Jefferson City, MO, Attorneys for Respondent.

Before EDWIN H. SMITH, P.J., and HOWARD and HOLLIGER, JJ.

Order

**PER CURIAM.**

After a bench trial, Appellant Andrew Watson was convicted as a prior offender of the Class B felony of possession of a controlled substance with intent to deliver in violation of § 195.211 RSMo Cum.Supp. 1997. He contends that the trial court erred in overruling the motion to suppress his statement and in thereafter relying on the statement in rendering its judgment.

Judgment affirmed. Rule 30.25(b).